**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINIOS**

In re: JEREMY D. GARRETT § Case No. 16-81672
      LAUREN M. GARRETT §
                                  §
          Debtor(s) §

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Lydia S. Meyer, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The Trustee declares as follows:

1) The case was filed on 07/13/2016.

2) The plan was confirmed on 09/16/2016.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

4) The Trustee filed action to remedy default by the debtor(s) in performance under the plan on 12/05/2017, 01/18/2018.

5) The case was dismissed on 01/18/2018.

6) Number of months from filing or conversion to last payment: 13.

7) Number of months case was pending: 23.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $34,600.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the Trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

| Receipts: | | |
|---|---:|---:|
| Total paid by or on behalf of the debtor(s) | $ 8,542.00 | |
| Less amount refunded to debtor(s) | $ 25.00 | |
| **NET RECEIPTS** | | $ 8,517.00 |

| Expenses of Administration: | | |
|---|---:|---:|
| Attorney's Fees Paid Through the Plan | $ 3,889.39 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 684.89 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 4,574.28 |
| Attorney fees paid and disclosed by debtor(s): | $ 0.00 | |

Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|---:|
| BALSLEY & DAHLBERG LLP | Lgl | 4,000.00 | 4,000.00 | 4,000.00 | 3,889.39 | 0.00 |
| ALLY FINANCIAL | Sec | 15,331.00 | 15,330.76 | 15,330.76 | 1,290.88 | 1,153.21 |
| ALLY FINANCIAL | Uns | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| CAR FINANCE | Sec | 9,385.00 | 12,334.96 | 9,385.00 | 824.76 | 673.87 |
| CAR FINANCE | Uns | 3,115.00 | 0.00 | 2,949.96 | 0.00 | 0.00 |
| WELLS FARGO BANK NA | Sec | 0.00 | 80,654.15 | 0.00 | 0.00 | 0.00 |
| ABILITY RECOVERY SERVICES LLC | Uns | 711.45 | NA | NA | 0.00 | 0.00 |
| AFNI | Uns | 278.08 | NA | NA | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC as agent for | Uns | 397.89 | 388.56 | 388.56 | 0.00 | 0.00 |
| ALLIED INTERSTATE | Uns | 699.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 719.73 | 754.73 | 754.73 | 0.00 | 0.00 |
| CAPITAL ONE BANK USA NA | Uns | 3,893.15 | 853.17 | 853.17 | 0.00 | 0.00 |
| CARSON SMITHFIELD LLC | Uns | 1,533.39 | NA | NA | 0.00 | 0.00 |
| CEPAMERICAN ILLINOIS LLP / | Uns | 267.07 | NA | NA | 0.00 | 0.00 |
| CLIENT SERVICES INC | Uns | 601.70 | NA | NA | 0.00 | 0.00 |
| CREDENCE RESOURCE | Uns | 1,096.89 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT | Uns | 563.18 | 563.18 | 563.18 | 0.00 | 0.00 |
| CREDITORS PROTECTION SERVICE | Uns | 859.72 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| U.S. DEPARTMENT OF EDUCATION | Uns | 8,066.03 | 95,926.67 | 95,926.67 | 0.00 | 0.00 |
| EDWARD NOAKES III DMD | Uns | 1,171.03 | NA | NA | 0.00 | 0.00 |
| EGS FINANCIAL CARE INC | Uns | 413.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 1,957.83 | 479.48 | 479.48 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC as agent for | Uns | 2,828.37 | 2,828.37 | 2,828.37 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Uns | 874.06 | 874.06 | 874.06 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Uns | 470.66 | 613.66 | 613.66 | 0.00 | 0.00 |
| FOSTER & GARBUS LLP | Uns | 596.18 | NA | NA | 0.00 | 0.00 |
| FRONTLINE ASSETT STRATEGIES | Uns | 569.85 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 295.00 | 465.46 | 465.46 | 0.00 | 0.00 |
| INTEGRATED HOMECARE | Uns | 285.16 | NA | NA | 0.00 | 0.00 |
| JC CHRISTENSEN & ASSOCIATES | Uns | 783.05 | NA | NA | 0.00 | 0.00 |
| BECKET & LEE LLP | Uns | 1,046.08 | 1,046.08 | 1,046.08 | 0.00 | 0.00 |
| LANE BRYANT | Uns | 380.32 | NA | NA | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC as agent for | Uns | 442.75 | 453.01 | 453.01 | 0.00 | 0.00 |
| MATHERS CLINIC | Uns | 300.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL PAIN MANAGEMENT | Uns | 520.66 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT | Uns | 563.18 | NA | NA | 0.00 | 0.00 |
| MILESTONE MASTERCARD | Uns | 569.85 | NA | NA | 0.00 | 0.00 |
| MULFORD DENTAL GROUP | Uns | 250.00 | NA | NA | 0.00 | 0.00 |
| MUTUAL MANAGEMENT SERVICES | Uns | 422.06 | NA | NA | 0.00 | 0.00 |
| NANCY J ALAMIA ATTORNEY | Uns | 500.00 | NA | NA | 0.00 | 0.00 |
| NATIONWIDE CREDIT | Uns | 50.54 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 2,611.51 | 2,611.51 | 2,611.51 | 0.00 | 0.00 |
| OLD NAVY | Uns | 428.48 | NA | NA | 0.00 | 0.00 |
| OSF HEALTHCARE SYSTEM | Uns | 194.00 | NA | NA | 0.00 | 0.00 |
| OSF LIFELINE AMBULANCE LLC | Uns | 963.72 | NA | NA | 0.00 | 0.00 |
| COMENITY CAPITAL BANK/PAYPAL | Uns | 950.98 | 950.98 | 950.98 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 250.50 | 250.50 | 250.50 | 0.00 | 0.00 |
| PAYPAL | Uns | 479.48 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 1,005.50 | NA | NA | 0.00 | 0.00 |
| PUMILIA FAMILY DENTAL | Uns | 330.88 | NA | NA | 0.00 | 0.00 |
| RGS COLLECTIONS INC | Uns | 950.98 | NA | NA | 0.00 | 0.00 |
| ROCKFORD ANESTHESIOLOGISTS | Uns | 1,450.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD ASSOC CLINICAL | Uns | 5.60 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| ROCKFORD MERCANTILE AGENCY | Uns | 750.60 | 1,019.62 | 1,019.62 | 0.00 | 0.00 |
| ROCKFORD PAIN CENTER LTD | Uns | 99.93 | NA | NA | 0.00 | 0.00 |
| ROSECRANCE INC | Uns | 80.00 | NA | NA | 0.00 | 0.00 |
| RUSHMORE SERVICE CENTER | Uns | 874.06 | NA | NA | 0.00 | 0.00 |
| SKO BRENNER AMERICAN INC | Uns | 59.80 | NA | NA | 0.00 | 0.00 |
| SLEEP SERVICES | Uns | 295.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL GROUP OF SWEDISH | Uns | 1,263.07 | 80.00 | 80.00 | 0.00 | 0.00 |
| SWEDISH AMERICAN | Uns | 4,669.12 | NA | NA | 0.00 | 0.00 |
| SWEDISH AMERICAN HOSPITAL | Uns | 1,109.48 | NA | NA | 0.00 | 0.00 |
| SWEDISH AMERICAN MEDICAL | Uns | 4,669.12 | NA | NA | 0.00 | 0.00 |
| TD BANK USA, N.A. | Uns | 1,242.07 | 678.10 | 678.10 | 0.00 | 0.00 |
| TD BANK USA, N.A. | Uns | 1,078.10 | 563.97 | 563.97 | 0.00 | 0.00 |
| CREDIT FIRST NA | Uns | 974.98 | 974.98 | 974.98 | 0.00 | 0.00 |
| NAVIENT SOLUTIONS INC | Uns | 87,917.76 | 8,018.06 | 8,018.06 | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT | Uns | 566.70 | 601.70 | 601.70 | 0.00 | 0.00 |
| CAPITAL ONE BANK USA NA | Uns | 0.00 | 968.65 | 968.65 | 0.00 | 0.00 |
| CAPITAL ONE BANK USA NA | Uns | 0.00 | 707.30 | 707.30 | 0.00 | 0.00 |
| CAPITAL ONE BANK USA NA | Uns | 0.00 | 712.18 | 712.18 | 0.00 | 0.00 |
| CAPITAL ONE BANK USA NA | Uns | 0.00 | 664.75 | 664.75 | 0.00 | 0.00 |
| CAPITAL ONE BANK USA NA | Uns | 0.00 | 699.28 | 699.28 | 0.00 | 0.00 |
| SPRINT CORP | Uns | 0.00 | 1,026.67 | 1,026.67 | 0.00 | 0.00 |
| RESURGENT CAPITAL SERVICES | Uns | 0.00 | 1,533.39 | 1,533.39 | 0.00 | 0.00 |
| RESURGENT CAPITAL SERVICES | Uns | 0.00 | 923.02 | 923.02 | 0.00 | 0.00 |
| U.S. DEPARTMENT OF EDUCATION | Uns | 0.00 | 198,800.20 | 198,800.20 | 0.00 | 0.00 |
| AT&T MOBILITY II LLC % AT&T | Uns | 0.00 | 1,096.89 | 1,096.89 | 0.00 | 0.00 |
| NICOR GAS COMPANY | Uns | 1,076.63 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 24,715.76 | $ 2,115.64 | $ 1,827.08 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 24,715.76 | $ 2,115.64 | $ 1,827.08 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 331,078.14 | $ 0.00 | $ 0.00 |

**Disbursements:**

| | | |
|---|---|---|
| Expenses of Administration | $ 4,574.28 | |
| Disbursements to Creditors | $ 3,942.72 | |
| **TOTAL DISBURSEMENTS:** | | $ 8,517.00 |

UST Form 101-13-FR-S (9/1/2009)

      12) The Trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the Trustee is responsible have been completed. The Trustee requests a final decree be entered that discharges the Trustee and grants such other relief as may be just and proper.

Date: 06/13/2018          By: /s/ Lydia S. Meyer
                                      Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)